UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR119-151 |
| | ) | |
| DEONTEZ TONY REID | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Jared T. Williams** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Jared T. Williams** be granted leave of absence for the following periods: **November 25, 2019 through December 3, 2019; December 5, 2019; December 23, 2019 through December 27, 2019; January 16, 2020; February 4, 2020; March 11, 2020; April 2, 2020; May 7, 2020 and May 14, 2020.**

SO ORDERED, this the 20th day of November, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA